UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.: 3:11-bk-05612

In Re:
Michelle Ann Toon and
James Christopher Toon
             Debtor(s)
_____/

## NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

      Pursuant to Local Rule 2002-4, the Court will consider this objection without further notice or hearing unless a party in interest files an objection within thirty (30) days from the date of service of this paper.  If you object to the relief requested in this paper, you must file your objection with the Clerk of Court at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32201, and any other appropriate persons.

      If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified.  If you do no file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

## OBJECTION TO CLAIM #12

**The Debtor(s), by and through the undersigned attorney, object to allowance of the following claim:**

1. Candica LLC filed Claim #12 alleging that it holds an unsecured claim worth $2167.16
2. The Debtors object to the allowance of Claim #12 because Candica LLC did not attach a cardmember agreement, monthly billing statements or any other documents which would prove the existence and amount of its claim.

Estimated total time to hear this objection if a hearing is required is 10 minutes.

Date: <u>November 7, 2011</u>             /s/ John J. Freeman_____
                                                   John J. Freeman, Esquire
                                                   Florida Bar No. 058618
                                                   LaBella Law, P.L.
                                                   1665 Kingsley Avenue, Suite 108
                                                   Orange Park, Florida 32073
                                                   Phone: (904) 541-1643
                                                   Fax: (904) 541-1676

## CERTIFICATE OF SERVICE

I hereby certify that on **November 7, 2011**, a copy of the **Objection to Claim #12** was served electronically or by regular United States mail to the Trustee, the U.S. Trustee and to the creditor care of its agent at his dwelling house, usual place of abode, or place where he regularly conducts his business or profession listed below:

**Candica LLC**
**c/o Weinstein and Riley, PS**
**2001 Western Ave, Ste 400**
**Seattle, WA 98121**

                                              /s/ John J. Freeman
                                              John J. Freeman
                                              Attorney for Debtor