**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

        Case No.: 3:11-bk-05612
        Chapter 13

In Re:
Michelle Ann Toon and
James Christopher Toon
        Debtor(s)
_____/

## AMENDED CHAPTER 13 PLAN

The debtors submit the following Amended Chapter 13 Plan:

1. The future earning of the debtors are submitted to the supervision and control of the Trustee, and the debtors shall pay to the Trustee the sum of $3270.31 per month ffor months one through three (1-3) and $3015.61 per month for months four through sixty (4-60).

2. From the payments so received, the Trustee shall make disbursements as follows:

   a. <u>Priority Claims</u>.
   
      i. The fees and expenses of the Trustee shall be paid over the life of the plan at the rate of ten percent (10 %) of the amount of all payments under the plan.
      
      ii. The Debtors' Attorney shall be paid $3700.00 in attorney's fees. The Trustee shall pay the Debtor's Attorney at a rate of $1000.00 per month for months one through three (1-3) and $700.00 for month four (4) of the plan, for a total payment of $3700.00 to pay the balance in full.

   b. <u>Secured Claims</u>.
   
      i. **BAC Home Loans** holds a first mortgage on the debtor's principal residence located at 3185 Trishas Court, Green Cove Springs, Florida. The Trustee shall make the regular monthly payments of $873.00 over the life of the plan.

        The Debtor(s) are currently $9692.59 in arrears on their first mortgage payment, which includes late charges. The Trustee shall pay the creditor $300.00 per month for months one through three (1-3), $154.25 per months for month four through fifty-nine (4-59), and $154.59 for month sixty (60) toward the arrearage to bring the mortgage payments current over a sixty (60) month period.

  ii. **VyStar Credit Union** holds a second mortgage on the debtors' primary residence located at 3185 Trishas Court, Green Cove Springs, Florida. The debt is wholly unsecured and will be stripped in an adversarial proceeding.

  iii. **Ally Financial** holds a lien on the debtor(s) 2007 Chevy Silverado. The balance on this account is $19,727.00. This debt shall be re-amortized and paid in full over the life of the plan with interest accruing at a rate five percent (5%), which has been figured into the following payment schedule. The Trustee shall make regular monthly payments of $372.27 over months one through sixty (1-60) of the plan to pay this debt in full.

  iv. **Woody's Wheels** holds a lien on the debtor(s) 2008 Dodge Caliber. The balance on this account is $8590.00. This debt shall be re-amortized and paid in full over the life of the plan with interest accruing at a rate five percent (5%), which has been figured into the following payment schedule. The Trustee shall make regular monthly payments of $162.10 over months one through sixty (1-60) of the plan to pay this debt in full.

  v. **SLM Financial** holds a lien on the debtors' 2007 Keystone. The Debtors shall surrender this Keystone in full satisfaction of the creditor's claim.

c. <u>Unsecured Claims</u>.

    i. **Unsecured creditors**, including those secured creditors who have deficiency claims or whose liens have been avoided and who timely file proofs of claim shall receive distribution pro-rata. The Trustee shall distribute pro rata each month among those unsecured creditors whose claims are timely filed and allowed. If all unsecured creditors file claims, each will receive payments totaling 100 % of his claim.

    ii. Any claim filed after claims bar date shall receive no distribution under this plan, unless specifically provided for above.

    iii. The debtors do not reject any executory contracts.

    iv. Title to all property of the estate shall revest in the debtors upon confirmation of this plan.

    v. *Except as provided for in the plan, the order confirming the plan or other court order, no interest, late charges, penalties or attorney's fees will be paid to or accessible by any secured creditor. 11 U.S.C. Section 1327(a) provides:*

    "*The provision of a confirmed plan bind the debtors and each creditor, whether or not the claim of such creditor provided for by the plan, and whether or not such creditor has objected to, has accepted, or has rejected the plan.*"

**Once Debtor successfully complete the Chapter 13 plan and a discharge is entered by the Court, NO SECURED CREDITOR WILL BE ALLOWED TO ADD LATE CHARGES, PENALTIES, INTEREST OR ATTORNEY'S FEES FROM THE BEGINNING OF TIME THROUGH THE DATE OF DISCHARGE.**

Dated this 7th day of October 2011.

                                            /s/ John Freeman
                                            John Freeman
                                            Florida Bar #58618
                                            LaBella Law, P.L.
                                            1665 Kingsley Avenue, Suite 108
                                            Orange Park, Florida 32073

Phone: (904) 541-1643
Fax: (904) 541-1676
Attorney for Debtors